**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　　)　　CASE NO.:  2:25-CR-00101-JAD-BNW
　　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　)　　**ORDER TO CLOSE THE CASE**
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
KEVAN MICHAEL MCGOWAN,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant KEVAN MICHAEL MCGOWAN has successfully completed the conditions of his sentencing.

### ORDER

IT IS HEREBY ORDERED that the defendant is allowed to withdraw his guilty plea to count one and that the count one be amended to reckless driving.

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

DATED this 23rd day of February 2026.

_____
UNITED STATES MAGISTRATE JUDGE

4